No. 23-15499

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

YUROK TRIBE; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; HOOPA VALLEY TRIBE,

*Plaintiffs/Appellees,*

v.

U.S. BUREAU OF RECLAMATION,

*Defendant-counter-claimant-cross-claimant/Appellee*,

NATIONAL MARINE FISHERIES SERVICE,

*Defendant/Appellee*,

KLAMATH WATER USERS ASSOCIATION,

*Defendant-counter-claimant-cross-claimant/Appellant*,

KLAMATH TRIBES; KLAMATH IRRIGATION DISTRICT,

*Intervenor-Defendants/Appellees*

v.

OREGON WATER RESOURCES DEPARTMENT,

*Cross-claim-defendant/Appellee.*

On Appeal from the United States District Court, Northern District of California
From Order on Motions for Summary Judgment, Motions to Strike, and Motion to Stay
No. 3:19-cv-04405-WHO (Hon. William H. Orrick)

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**

SOMACH SIMMONS & DUNN
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
psimmons@somachlaw.com
rdeitchman@somachlaw.com

*Attorneys for Defendant-counter-claimant-cross-claimant/Appellant KLAMATH WATER USERS ASSOCIATION*

Please take notice that no transcripts will be ordered in connection with this appeal. See 9th Cir. R. 10-3.1(c). A copy of this notice was concurrently provided to the district court.

                                                          SOMACH SIMMONS & DUNN, PC

DATED: April 14, 2023        By  *s/ Brittany K. Johnson*
                                                        Brittany K. Johnson
                                                        500 Capitol Mall, Suite 1000
                                                        Sacramento, CA 95814
                                                        Telephone: (916) 446-7979
                                                        bjohnson@somachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: April 14, 2023                          *s/ Brittany K. Johnson*
                                                          Brittany K. Johnson
                                                          *Counsel for Klamath Water Users Association*